UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x
MICHAEL ADAMS,
               Plaintiff,                    Case No.:     1:22-CV-10318 (JPO)

-v-                                                      ORDER
DORATHEA EBERHART, L.P and
BLUE NUN RESTAURANT GROUP LLC

               Defendants.
_____x

      **WHEREFORE**, plaintiff Michael Adams ("Plaintiff") filed the above-captioned action ("Action") against defendants Dorathea Eberhart, L.P. and Blue Nun Restaurant Group LLC (collectively, "Defendants") (Plaintiff and Defendants being referred to herein collectively as the "Parties"); and

      **WHEREFORE**, the Parties have reached an out-of-court settlement on all issues in the Action.

      **ACCORDINGLY, IT IS HEREBY ORDERED** that the Action is discontinued without costs to any Party and without prejudice to restoring the action to this Court's docket if the application to restore the action is made within thirty (30) days.  Any application to reopen this action must be filed within thirty (30) days of this order, and any application filed thereafter may be denied solely on that basis.  If the Parties seek to have the Court retain jurisdiction to enforce a settlement agreement, the terms of the agreement must be placed on the public record and "so ordered" by the Court within the same thirty-day period. *See Hendrickson v. United States*, 791 F.3d 354, 358 (2d Cir. 2015).  The Clerk of Court is respectfully directed to close this case.

[*The remainder of this page left intentionally blank*]

Dated: April 14, 2023
      New York, New York

| | |
|---|---|
| MICHAEL ADAMS<br>*Plaintiff* | DORATHEA EBERHART, L.P<br>*Defendant* |
| By: */s/ Maria-Costanza Barducci*<br>Maria-Costanza Barducci, Esq.<br>  *Attorney for Plaintiff*<br>Barducci Law Firm, PLLC<br>5 West 19th Street, 10th Floor<br>New York, New York 10011<br>(212) 433-2554<br>MC@BarducciLaw.com | By: */s/*<br>Michael A. Pensabene Esq.<br>  *Attorney for Defendants*<br>Rosenberg & Estis, P.C.<br>733 3rd Avenue<br>New York, NY 1001<br>(212) 867-6000<br>mpensabene@rosenbergestis.com |
| | BLUE NUN RESTAURANT GROUP LLC<br>*Defendant* |
| | By: */s/*<br>Michael A. Pensabene Esq.<br>  *Attorney for Defendants*<br>Rosenberg & Estis, P.C.<br>733 3rd Avenue<br>New York, NY 10017<br>(212) 867-6000<br>mpensabene@rosenbergestis.com |

SO ORDERED

Dated: April 17, 2023
      New York, New York

_____
J. PAUL OETKEN
United States District Judge